**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

TONY WATSON,

    Plaintiff,

vs.                                                           CASE NO. 5:09cv38/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 28). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion To Remand (Doc. 27) is granted, and the Commissioner's decision denying benefits is reversed.

3. This case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. §405(g).

4. The Commissioner is ordered to direct the Administrative Law Judge to fully develop the medical records from Plaintiff's psychiatric treatment in 2007, as well as any follow-up care. The Administrative Law Judge shall re-evaluate Plaintiff's residual functional capacity and include the credible

limitations attributable to Plaintiff's mental impairments. The Administrative Law Judge shall explain the weight given to all state agency medical opinions and shall also obtain vocational expert testimony to support a decision at step five of the sequential evaluation.

5. The clerk is directed to enter judgment for Plaintiff and to close the file.

**ORDERED** on December 21, 2009.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**